NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TROY CRAIG DRISKELL,
DOC #X04320,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D16-4637

Opinion filed July 6, 2018.

Appeal from the Circuit Court for Pinellas
County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender,
and Terrence E. Kehoe, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


   Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.